```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>HUMPHREY A. VANHEK,<br><br>          Defendant | No. CV A 10-7727<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Humphrey A. Vanhek, in the principal amount of $2,804.87 plus interest accrued to October 4, 2010, in the sum of $4,000.85; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$6,805.72**.

DATED: 10/28/2010              By: TERRY NAFISI
                                   Clerk of the Court

                                   _____
                                   Deputy Clerk
                                   United States District Court